# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Rita Collins,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

vs.                                                3:09-cv-542

Enterprise Rent a Car and Dean Henderson,

    Defendants.

DECISION BY COURT. This action having come before the Court by complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 18, 2010 Order.

                                                        Signed: March 18, 2010

*[Signature]*

Frank G. Johns, Clerk
United States District Court