# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Rita Collins,

    Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:09-cv-542

Enterprise Rent a Car and Dean Henderson,

    Defendants.

DECISION BY COURT.  This action having come before the Court by complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 18, 2010 Order.

    Signed: March 18, 2010

Frank G. Johns, Clerk
United States District Court